26-mj-4136-DHH

# AFFIDAVIT OF SPECIAL AGENT TIMOTHY TABER IN SUPPORT OF
# A CRIMINAL COMPLAINT

I, Timothy Taber, having been sworn, state:

## Introduction and Agent Background

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), and have been so employed since May 2018. I have received formal training in conducting criminal investigations at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to becoming a Special Agent with HSI, I was an Intelligence Analyst with the Federal Bureau of Investigation for approximately ten years, where I participated in a variety of investigations including violent gangs and drug trafficking. In 2005, I graduated from Northeastern University with a bachelor's degree in criminal justice and from Suffolk University in 2006 with a master's degree in criminal justice.

2. I am currently assigned to the HSI New England Document and Benefit Fraud Task Force ("DBFTF"), a specialized field investigative group comprised of personnel from various state, local, and federal agencies with expertise in detecting, deterring, and disrupting organizations and individuals involved in various types of document, identity, financial, and benefit fraud schemes. As part of this task force, I am responsible for conducting investigations involving, but not limited to, the manufacturing, counterfeiting, alteration, sale, and use of identity documents and other fraudulent documents to evade law enforcement or for other criminal activity. Due to my training and experience, as well as conversations with other law enforcement officers, I am familiar with the methods, routines, and practices of document counterfeiters, vendors, and persons who fraudulently obtain or assume false identities.

3. I have participated in various aspects of investigations into the use and manufacture of fraudulent documents, including conducting physical surveillance, surveillance of controlled

1

26-mj-4136-DHH

purchases involving undercover agents and/or cooperating witnesses, the introduction of undercover agents, the execution of search warrants, the effecting of arrests, and the debriefing of defendants, informants, and witnesses.

## Purpose of Affidavit

4.I submit this affidavit in support of an application for a criminal complaint charging Juan Felipe Chalas with violations of 18 U.S.C. §§ 1542 and 2, Making a False Statement in a Passport Application, 18 U.S.C. § 1028A, Aggravated Identity Theft, and 7 U.S.C. § 2024(b), Illegal Acquisition or Use of Supplemental Nutrition Assistance Program ("SNAP") Benefits.

5.This affidavit is based on my personal knowledge, information provided to me by other law enforcement officers and federal agents, and my review of records described herein. This affidavit is not intended to set forth all of the information that I have learned during this investigation but includes only the information necessary to establish probable cause for the requested criminal complaint and search warrant.

## Background Information on SNAP

6.SNAP is a government benefit funded by the American taxpayer. Congress enacted SNAP to "promote the general welfare, to safeguard the health and well-being of the nation's population by raising levels of nutrition among low-income households." 7 U.S.C. § 2011. This program seeks to enable low-income households to obtain a more nutritious diet by increasing their food purchasing power.

7.Under the program, eligible households receive food stamps in the form of credits to an electronic benefit card to buy food from retail food stores that participate in SNAP. Food stamp benefits are obligations of the United States and redeemable at face value by the Secretary through the facilities of the Treasury of the United States. 7 U.S.C. § 2024(d). USDA administers

26-mj-4136-DHH

SNAP nationally. Individuals or families that are in need of SNAP benefits may apply for assistance through the Massachusetts Department of Transitional Assistance ("DTA").

8.  To qualify for SNAP in Massachusetts, the applicant must be a resident of Massachusetts, meet the financial eligibility requirements, and be a United States citizen or an eligible non-citizen, such as Lawful Permanent Resident (LPR) who has earned, or can be credited with, 40 quarters of work. An applicant for SNAP benefits must also provide proof of their identity, *i.e.*, the applicant must be the person who they claim to be. An applicant must also furnish a Social Security number or provide proof that the applicant has applied for one.

9.  Massachusetts uses the Electronic Benefit Transfer ("EBT") system for SNAP benefits. The EBT system uses plastic debit cards, which are automatically credited with the recipient's appropriate amount of benefits during certain times of each month. To access benefits, the recipient presents the card at an authorized retailer's location. The card is swiped through an electronic terminal device (commonly and hereinafter referred to as an "EBT terminal") which reads coded information on the card's magnetic strip. The transaction amount is deducted from the EBT card's balance and deposited into the retailer's account.

10. An applicant for SNAP benefits must provide complete and accurate information both at the time of application and on an ongoing basis in order to properly assess initial and continued eligibility for benefits. All applicants must acknowledge this in the application. It is unlawful to knowingly use, transfer, acquire, alter, or possess SNAP benefits in any manner contrary to Title 7 of United States Code or the regulations issued by the USDA. Violations of the section are punishable by a fine of not more than $250,000 or imprisonment for not more than twenty years. 7 U.S.C. § 2024(b).

26-mj-4136-DHH

**Probable Cause**

11.     The HSI New England DBFTF is currently investigating a group of undocumented persons who are believed to have obtained stolen identities of United States citizens, most of whom reside in Puerto Rico, and used those identities to obtain identity documents and public benefits that they would not otherwise be eligible to receive, such as Social Security numbers ("SSN"), SNAP, Supplemental Security Income ("SSI"), MassHealth, and United States passports.

12.     In January 2025, federal agents conducted an analysis of SNAP recipient data to detect identities (names, dates of birth, and Social Security numbers) receiving SNAP benefits in multiple states in the month of December 2024 and March of 2023. It is unlawful for a person to receive SNAP benefits in more than one state in any month.

13.     In December 2024, Massachusetts DTA issued SNAP benefits to approximately 495 identities simultaneously receiving SNAP benefits in Puerto Rico.

14.     In December 2024, J.E.C.C. [1] received SNAP benefits in Massachusetts and Puerto Rico simultaneously. An identity receiving SNAP and other government benefits in more than one state simultaneously is an indicator of identity theft.

15.     According to MA DTA records, the individual claiming to be J.E.C.C. submitted an application for SNAP benefits on or about April 17, 2017 and included what appears to be a driver's license as proof of identification. The photocopy of the identification document is poor quality and none of the information on the document, including the photograph, is viewable. On the application, the applicant represented himself as J.E.C. with the date of birth xx-xx-1969, and SSN

---

[1] The identity of victim J.E.C.C. is known to the government. The victim's full name is J.E.C.C. In order, these initials represent the victim's first name, middle name, paternal last name and maternal last name. To protect the victim's privacy, only the initials "J.C.C.", "J.E.C.", "J.C.", and "J.E.C.C." are used in this affidavit to reflect the variations of the victim's full name.

4

26-mj-4136-DHH

xxx-xx-0588.[2] The applicant provided an address on Westminster Street in Fitchburg, MA.

16.     According to MA DTA, between March 2022 and June 2025, the individual posing as J.E.C.C. received $12,584 in SNAP benefits from Massachusetts

**Interview of J.E.C.C. in Puerto Rico**

17.     I have obtained a record of the Puerto Rico's Driver and Vehicle Information Database ("DAVID") associated with the PR driver's license of J.E.C.C. The record indicates that J.E.C.C. has the date of birth xx-xx-1969 and SSN xxx-xx-0588 (the same date of birth and social security number used by the individual who obtained Massachusetts SNAP and other benefits). The record also contains a photograph of a man whom I believe to be the real J.E.C.C.:



18.     On June 12, 2025, Diplomatic Security Service special agents conducted an interview with J.E.C.C. at his residence in Carolina, Puerto Rico. During the interview, J.E.C.C. verified his name, SSN,[3] and date of birth. He explained that he moved from Puerto Rico to New York with his mother at around five years old (in approximately 1974) and returned to Puerto Rico when he was approximately 13 or 14 (in approximately 1983). J.E.C.C. also reported that at some

---

[2] The SSN and DOB have been partially redacted herein.  The redacted SSN and DOB referenced in the Affidavit are identical unless otherwise noted.

[3] The Social Security Administration, Office of Inspector General has confirmed that social security number xxx-xx-0588 is assigned to J.E.C.C.

5

26-mj-4136-DHH

point he had lost both his Puerto Rico electoral card and his Social Security card.

19. Agents showed J.E.C.C. photographs of the person who obtained a U.S. passport and MA RMV identifications using J.E.C.C.'s identity (as detailed below). J.E.C.C. indicated that he did not recognize the individual in those images.

### Use of the J.C.C. SNAP Benefits in New Hampshire

20. On May 18, 2025, an EBT card issued to J.C.C. by the MA DTA was used at BJ's Wholesale Club in Salem, NH. The below images, obtained from BJ's Wholesale Club, show three individuals, Person 1,[4] Person 3,[5] and an unknown male, exiting the store after making a purchase with J.C.C.'s Massachusetts EBT card. As explained more fully below, there is probable cause to believe that Person 1 is the daughter of Juan Felipe Chalas, and probable cause to believe that Juan Felipe Chalas is fraudulently using the J.C.C. identity.



---

[4] The identity of Person 1 is known to agents but is redacted to protect Person 1's privacy. Agents have identified Person 1 by comparing RMV photographs and passport photographs. Person 1 is an authorized representative for the individual using the J.C.C. identity per MA DTA records. Person 1, as detailed below, has identified herself as the daughter of Juan Chalas. In a 2001 passport application, she identified her father as having been born in the Dominican Republic, and not a U.S Citizen. In a 2019 application to renew the passport, Person 1 identified her father as Juan Chalas, a U.S. Citizen. However, as noted below, agents have not found any record of Juan Chalas obtaining citizenship.

[5] The identity of Person 3 is known to agents but is redacted to protect Person 3's privacy. Agents have identified Person 3 by comparing a MA RMV photo. Agents also made personal observations of Person 3 on July 26, 2025 as detailed below.

26-mj-4136-DHH



**Use of the Victim J.C.C. Identity at the MA RMV**

21.     This investigation has revealed MA RMV interactions utilizing the J.E.C.C. identity occurring in 1996, 1997, 2003, 2010, and 2015 (all of which would have occurred after the real J.E.C.C. has reported that he returned to Puerto Rico). *See supra*, ¶18. Photographs of the individual purporting to be J.C.C. were taken as part of each interaction except in 1997 and 2010. The RMV photographs associated with the J.C.C. identity, below, appear to depict the same individual, but are not consistent with the appearance of the individual believed to be the real J.E.C.C., who was interviewed in Puerto Rico, and whose photograph is included above.

  

22.     On or about October 16, 2019, the individual posing as J.C.C. appeared in person at a MA RMV service center and submitted a written application to renew a driver's license. On the application, the applicant represented himself as J.C.C. with the date of birth xx-xx-1969, and

7

26-mj-4136-DHH

SSN xxx-xx-0588. The RMV took a photograph of the applicant as part of the driver's license renewal application:



23.     The individual purporting to be J.C.C. signed the application under penalty of perjury. As a result of that application, the RMV issued the person purporting to be J.C.C. a driver's license bearing number Sxxxx8980 and the photograph captured on October 16, 2019. According to MA RMV records, one of the addresses associated with J.C.C.'s RMV account was on Westminster Street, Fitchburg, MA (the address provided to the MA DTA in applying for SNAP benefits).

**Passport Fraud**

24.     On February 2, 1998, a man appeared in person at the U.S. Post Office in Fitchburg, MA, and submitted an application for a U.S. passport (this also occurred after the real J.E.C.C. had returned to Puerto Rico). The applicant signed the application under penalty of perjury. On the application, the man represented himself to be J.C.C. with the date of birth xx-xx-1969, and SSN xxx-xx-0588. The applicant also included a photograph of himself as part of the application. The applicant submitted the following supporting documents with the application: MA driver's license bearing number Sxxxx8980 and a birth certificate from Puerto Rico bearing the name J.C.C. with the date of birth xx-xx1969. As a result of that application, on March 6, 1998, the U.S. Department of State issued the individual purporting to be J.C.C. a U.S. passport book bearing

number xxxxx9004 and mailed it to an address in Leominster, Massachusetts.

25. On or about March 3, 2010, an individual purporting to be J.C.C. submitted by mail, a U.S. passport renewal application (number xxxxx1999) and previously issued passport bearing number xxxxx9004 as proof of citizenship and identity. The applicant signed the application under penalty of perjury. As a result of that application, on May 28, 2010, the U.S. Department of State issued the individual purporting to be J.C.C. a U.S. passport book bearing number xxxxx0013 and mailed it to an address in Fitchburg, Massachusetts.[6]

26. On or about August 11, 2023, an individual purporting to be J.C.C submitted by mail, a U.S. passport renewal application (number xxxxx9296) and previously issued passport book bearing number xxxxx0013 as proof of citizenship and identity. As a result of that application, on September 21, 2023, the U.S. Department of State issued the individual purporting to be J.C.C. a U.S. passport book bearing number xxxxx5481 and mailed it to the same Westminster Street address in Fitchburg, MA. The applicant signed the application under penalty of perjury.

27. The photographs associated with those passports are included below:

  

28. I have reviewed the passport photos and the photograph from Puerto Rico records

---

[6] This was not the Westminster Street address.

26-mj-4136-DHH

depicting the real J.C.C. (paragraph 17). I conclude that they do not depict the same individual.

29. The passport has been used for international travel on more than one occasion, including travel from Boston, MA to the Dominican Republic from June 6, 2025 to July 26, 2025.

### Social Security Benefits

30. Social Security Insurance (SSI) provides monthly payments to people who have a disability that stops or limits their ability to work. Non-citizens may be eligible for such benefits, but they must have some form of lawful status. Providing false material information to Social Security in order to obtain benefits is unlawful. *See, e.g.*, 42 U.S.C. § 408 and 18 U.S.C. §§ 641 and 1001.

31. On or about July 26, 2023, the individual using the J.C.C. identity began receiving SSI benefits for organic mental disorders and disorders of muscle, ligament, and fascia. The individual claiming to be J.C.C. received $967 per month for a total of approximately $16,707 through March 20, 2025. According to Social Security Administration records, the residential address on file for J.C.C. is an address on Essex Street in Lawrence, MA and phone number xxx-xxx-1780. A representative payee for those benefits is listed as Person 1 (the daughter of Juan Chalas and the individual depicted in the B.J.'s surveillance video above).

### MassHealth Benefits

32. The Medicaid Program is a joint federal-state program that provides health coverage to certain categories of people, including eligible low-income adults, children, pregnant women, the elderly, and people with disabilities. Medicaid is administered by the states, according to federal requirements, and is funded jointly by the states and the federal government. MassHealth is the Medicaid Program in Massachusetts. Providing false material information to obtain health benefits is unlawful. *See, e.g.*, 18 U.S.C. §§ 1035 and 1347.

26-mj-4136-DHH

33. According to MassHealth records, the individual using the J.C.C. identity (Juan Felipe Chalas) started receiving MassHealth benefits in 2006 (after the real J.C.C. has reported that he returned to Puerto Rico). On or about July 22, 2022, the individual using the J.C.C. identity submitted an affidavit to MassHealth to verify his MA residency. On the affidavit, the individual using the J.C.C. persona identified himself as J.C. with date of birth xx-xx-1969, social security number xxx-xx-0588, and residential address at the Westminster Street address in Fitchburg, MA. Between 2006 and 2025, approximately $266,857 in MassHealth benefits were received by the individual claiming to be J.C.C.

### Use of the Fraudulently Obtained J.C.C. Passport

34. On July 26, 2025, Juan Felipe Chalas, using the J.C.C. identity, traveled from the Dominican Republic to Boston Logan Airport with a layover at JFK International Airport. Upon arrival at JFK, the individual using the J.C.C. passport (Juan Felipe Chalas) was briefly inspected by U.S. Customs and Border Protection and HSI agents. The individual using the J.C.C. passport (Juan Felipe Chalas) stated he lived in New Hampshire with his daughter and her boyfriend.

35. On July 26, 2025, at approximately 4:30 pm, the HSI New England DBFTF initiated surveillance on the individual using the J.C.C. passport (Juan Felipe Chalas) at Logan Airport. Agents were able to identify Juan Felipe Chalas based on the images obtained in this investigation. Agents observed an airport employee assist Juan Felipe Chalas through the airport in a wheelchair. Once Juan Felipe Chalas arrived at the baggage claim, he got out of the wheelchair, and the airport employee departed the area. Juan Felipe Chalas made multiple trips between the baggage claim area and a gray Jeep Grand Cherokee bearing MA registration plate 8XS443. The driver of the Jeep was identified as Person 3 (depicted in the B.J.'s surveillance video above), who was also the registered owner.

26-mj-4136-DHH

36. Agents subsequently followed the Jeep, with Person 3 as the driver and Juan Felipe Chalas as the passenger, to an address on Riverdale Avenue, Salem, New Hampshire 03079. At approximately 8:23 pm, agents observed Juan Felipe Chalas enter the residence with his luggage.

37. According to the Salem, NH assessor's database, Person 3 is an owner of the residence, and Person 1, who has identified herself as the daughter of Juan Felipe Chalas, is the co-owner.

### Criminal History in Victim's Name

38. The individual posing as J.C.C. was convicted, in the name of the victim, J.C.C., of distribution of a Class B substance in the in 2003 Brockton District Court. He was sentenced to one year, with six months to be served with the balance suspended.

### Imposter's True Identity

39. As previously noted, according to MA DTA records, on April 3, 2023, the individual using the J.C.C. identity submitted an application to add Person 1 as an authorized representative. Person 1 is also listed as a representative payee for social security benefits being paid to the individual posing as J.C.C.

40. Person 1 submitted an application for a U.S. passport on March 12, 2019. The application listed her mother as R.G.,[7] date of birth xx-xx-1970, and her father as Juan Chalas, date of birth xx-xx-1969, born in the D.R. (Dominican Republic). The 2019 application reported that Juan Chalas was a U.S. citizen.[8]

---

[7] The full name of R.G. is known to agents, but is redacted to protect her privacy.

[8] Agents have not located any Alien file for Juan Felipe Chalas and/or any other immigration document reflecting that Juan Felipe Chalas has obtained lawful status or citizenship.

26-mj-4136-DHH

41. On April 19, 2016, Person 2,[9] believed to be the sister of Person 1, submitted an application for a U.S. passport. The application listed her mother as the same R.G., date of birth xx-xx-1970, and her father as Juan Felipe Chalas, date of birth xx-xx-1968,[10] born in the Dominican Republic, and noted as a non-U.S. citizen.

42. Agents have reviewed the Facebook page of R.G. That Facebook page identified multiple children to include Person 2.

43. A review of Person 2's Facebook page[11] identified a post on June 15, 2022 of a picture of a male and four children. I believe that the male in the picture to be the same man that obtained a MA driving credential in the name of J.C.C. and a U.S. passport in the name J.C.C.

44. A further review of Person 2's Facebook page identified a post on June 1, 2022 of a picture of three males and Person 2. I believe one of the males in the picture is the same man that obtained a MA driving credential on December 17, 1996 in the name J.C.C. and a U.S. passport on September 21, 2023 in the same name. In the post, Person 2 references her "Papi."

45. Based upon the information above, a comparison of the photographs, and, based upon the surveillance detailed above, I believe the individual depicted above is the same individual depicted in passport and MA RMV identifications issued to the individual claiming to be J.E.C.C. In this regard, below are examples of passport photos submitted by the individual utilizing the J.E.C.C. identity in Massachusetts, RMV photos of the individual utilizing the J.E.C.C. identity in

---

[9] In her passport application, Person 2 included "Chalas" in a section asking for other names used.

[10] Both Person 1 and Person 2 used the same day and month for Juan Chalas' date of birth. Because the writing is not clear, it is unclear if Person 1 wrote 1968 or 1969 as the year of birth. Agents actually believe, based on his marriage certificate, that Juan Chalas' actual year of birth is 1967 (with the same month and day of birth listed by Person 1 and Person 2).

[11] The page is accessible to all members of the public.

13

26-mj-4136-DHH

Massachusetts, and, pictures of the individual identified in the Facebook posts as the father of Person 2.

| Facebook Photo #1 | Facebook Photo #2 | Passport Photo | RMV Photo |



46.     Based on the foregoing information, I believe the imposter's true identity is Juan Felipe Chalas, the father of Person 2 and Person 1, and that he is a citizen and national of the Dominican Republic. I further believe that he is not J.E.C.C., who he claimed to be in Massachusetts driver's license applications, in seeking Massachusetts SNAP benefits, in obtaining social security benefits, in obtaining a U.S. Passport, and, in obtaining MassHealth benefits.

**Conclusion**

47.     I submit there is probable cause to believe that, on or about August 11, 2023, Juan Felipe Chalas, posing as J.C.C., did willfully and knowingly make a false statement in an application for a passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for his use and the use of another, contrary to the regulatory issuances of passports or the rules prescribed pursuant to such laws, in violation of 18 U.S.C. §§ 1542 and 2. I further submit there is probable cause to believe that on or about August 11, 2023, Juan Felipe Chalas, posing as J.C.C., did knowingly transfer, possess, or use, during and in relation to any felony enumerated in 18 U.S.C. § 1028A(c), to wit, knowingly making a false statement in an application for a passport, and without lawful authority, a means of identification of another person, namely, J.C.C., in violation of 18 U.S.C. § 1028A. I further submit there is probable cause

26-mj-4136-DHH

to believe that from between March 2022 and June 2025, Juan Felipe Chalas, did knowingly use, transfer, acquire, or possess SNAP benefits in any manner contrary to Chapter 51 of Title 7 of the United States Code or the regulations issued pursuant thereto in an amount of $5,000 or more, in violation of 7 U.S.C. § 2024(b).

Sworn to under the pains and penalties of perjury,

_____
Special Agent Timothy Taber
Homeland Security Investigations

SWORN before me telephonically pursuant to Fed. R. Crim. P. 4.1 this 2nd day of ~~January~~ February 2026.

4:03 p.m.   _____
HONORABLE DAVID H. HENNESSY
UNITED STATES MAGISTRATE JUDGE

15